1004

No. 659. CERRITO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 660. WEINER *v.* CUYAHOGA COMMUNITY COLLEGE DISTRICT ET AL. Sup. Ct. Ohio. Certiorari denied. *Thomas J. McDermott* for petitioner. *George I. Meisel* for respondents.

No. 667. PATTON MANUFACTURING CO. ET AL. *v.* KIMBERLING, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied. *Ford W. Ekey* for petitioners. *Bradley J. Schaeffer* for respondent.

No. 671. PRESTO MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Abraham J. Harris* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent National Labor Relations Board.

No. 673. GLEN & MOHAWK MILK ASSN., INC. *v.* WICKHAM, COMMISSIONER OF AGRICULTURE & MARKETS OF NEW YORK. Ct. App. N. Y. Certiorari denied. *John R. Davison* for petitioner. *Robert G. Blabey* for respondent.

No. 680. FIEDLER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Herald Price Fahringer* for petitioner. *Michael F. Dillon* for respondent.